UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREGIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.A. MIRANDA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-2196 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. This action proceeds on plaintiff's complaint against defendants Miranda, Ridge and Savage, based on plaintiff's claims that defendants were deliberately indifferent to plaintiff's serious medical needs by continuing to prescribe medications that caused him to suffer lichen plantus, and then failed to treat such skin condition. (ECF No. 5 at 2.) During the September 10, 2020 settlement conference, this case did not settle. Therefore, the stay is lifted. Defendant Savage has filed an answer, but the remaining two defendants have not. Thus, defendants Miranda and Ridge are directed to file a responsive pleading.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The stay of this action is lifted; and

////

////

1

2. Within thirty days from the date of this order, defendants Miranda and Ridge shall file a responsive pleading.

Dated:  September 14, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/freg2196.lft