UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREGIA,<br><br>    Plaintiff,<br><br>    v.<br><br>P.A. MIRANDA, et al.,<br><br>    Defendants. | No. 2:19-cv-2196 JAM KJN P<br><br><br>ORDER |

Plaintiff filed a second motion for extension of time to file objections to the April 13, 2021 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 50) is granted; and

2. Plaintiff is granted ten days from the date of this order in which to file objections to the findings and recommendations.

Dated: June 9, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/freg2196.36.2