# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREGIA,<br><br>        Plaintiff,<br><br>  v.<br><br>MIRANDA, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-01068-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT RIDGE TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

    Plaintiff Mark Fregia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred from the Sacramento Division of the Eastern District of California on July 8, 2021. (ECF No. 53.)

    Following the Court's order granting Defendant Miranda's motion to dismiss and denying Defendant Ridge's motion to dismiss, this action now proceeds on Plaintiff's complaint against Defendants Ridge and Savage, based on Plaintiff's claims that Defendants were deliberately indifferent to Plaintiff's serious medical needs by continuing to prescribe medications that caused him to suffer lichen plantus, and then failed to treat such skin condition. Defendant Savage filed an answer on March 23, 2020. (ECF No. 28.)

    Accordingly, Defendant Ridge shall file an answer to Plaintiff's complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

    Dated:   **July 12, 2021**                  /s/ *Barbara A. McAuliffe*    
                                                                           UNITED STATES MAGISTRATE JUDGE