**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FREGIA,<br><br>    Plaintiff,<br><br> v.<br><br>MIRANDA, *et al.*,<br><br>    Defendants. | No.  1:21-cv-01068-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING DEFENDANT SAVAGE'S MOTION FOR SUMMARY JUDGMENT AND FINDINGS AND RECOMMENDATIONS GRANTING DEFENDANT RIDGE'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 120, 121) |

  Mark Fregia is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Ridge and Savage based on Plaintiff's claims that Defendants were deliberately indifferent to Plaintiff's serious medical needs by continuing to prescribe medications that caused him to suffer lichen planus, and then failed to treat such skin condition.

  On March 19, 2024, the assigned magistrate judge issued Findings and Recommendations that Defendant Savage's motion for summary judgment be granted.  (Doc. 120.)  Two days later, the magistrate judge issued separate Findings and Recommendations that Defendant Ridge's motion for summary judgment be granted.  (Doc. 121.)  The Court served both Findings and Recommendations on the parties and notified them that any objections were to be filed within 14 days.  (Docs. 120, 121.)  Following extensions of time, Plaintiff timely filed objections to both.

(Docs. 127, 131.)

Plaintiff's extensive objections rely on the same conclusory allegations raised in his oppositions to the motions for summary judgment.  In addition, Plaintiff reiterates the same types of frivolous arguments raised in prior motions for sanctions and for injunctive relief, which the Court declines to consider again.  (*See* Docs. 119, 128.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 19, 2024, (Doc. 120), are **ADOPTED IN FULL**.
2. Defendant Savage's motion for summary judgment, (Doc. 75), is **GRANTED**.
3. The Findings and Recommendations issued on March 21, 2024, (Doc. 121), are **ADOPTED IN FULL**.
4. Defendant Ridge's motion for summary judgment, (Doc. 81), is **GRANTED**.
5. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants Savage and Ridge and against Plaintiff and then to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

UNITED STATES DISTRICT JUDGE